**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES F. JOHNSON, | : | Civil Action No. 07-3057 (NLH) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, et al., | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 6th day of August, 2007,

ORDERED that Petitioner's motion [docket entry #5] for default judgment is DENIED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

At Camden, New Jersey

s/ Noel L. Hillman
**NOEL L. HILLMAN, U.S.D.J.**